NOVEMBER 21, 1997

No. 96–8516. BOUSLEY *v.* BROOKS, WARDEN. C. A. 8th Cir. [Certiorari granted, 521 U. S. 1152.] Thomas C. Walsh, Esq., of

St. Louis, Mo., is invited to brief and argue this case as *amicus curiae* in support of the judgment below.